United States District Court
Southern District of Texas
**ENTERED**
May 26, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SANDRA LISETH PONCE GRANADOS, | § § § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-2639 |
| vs. | § § § | |
| WARDEN, Houston Contract Detention Facility, *et al.*, | § § § | |
| Respondents. | § § | |

## MEMORANDUM ON DISMISSAL

The petitioner's counsel has filed an Advisory on Final Order of Removal (Docket Entry No. 7), advising that "that the Board of Immigration Appeals has rendered a final decision in the Petitioner's removal proceedings. The Board has dismissed her appeal. With the Board rendering their decision the Petitioner's removal order is final and the habeas is now moot."

This habeas petition is **dismissed** without prejudice. Any pending motions are **denied** as moot.

SIGNED on May 26, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge